**Leavon Z. REEVES, Plaintiff—Appellant,**

v.

**OWEN & SPARROW, LLC; Two Rivers Law Group, PC; Elizabeth McCubbins, Chartis Claims, Inc.; Chartis Claims, Incorporated, Defendants—Appellees.**

**No. 11–1067.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

232

Leavon Z. Reeves, Appellant Pro Se. John R. Lockard, Vandeventer Black, LLP, Norfolk, Virginia; John Elphinstone McIntosh, Jr., Fairfax, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leavon Z. Reeves appeals the district court's order denying relief on his successive motion to reconsider the dismissal of his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reeves v. Owen & Sparrow, LLC,* No. 1:10–cv–01075–TSE–JFA (E.D.Va. Dec. 29, 2010). Reeves's motion for transcripts at the Government's expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*